417 A.2d 783

Lehew, Appellant, v. Lehew.

Argued April 9, 1979. Joseph M. Wymard, for appellant; Michael J. Seymour, for appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Order of the lower court affirmed.

417 A.2d 783

Plummer v. Martin, Appellant.

Submitted October 26, 1978. Frank E. Little, for appellant; Marlene W. Jackson, Assistant Attorney General, for appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order affirmed.

SPAETH, J. concurred in the result.